Entered on Docket January 13, 2015

**Submitted But Not Entered.**



_____
**Marc Barreca**
**U.S. Bankruptcy Court**

The stipulation and agreed order lacks a second signature on page two.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

ANTONIO and KIM FLIGHT,

    Debtor(s).

Case No. 15-10057-MLB

STIPULATION AND AGREED ORDER GRANTING RELIEF FROM STAY TO BRYN MAWR TOWERS CONDOMINIUM ASSOCIATION

    COMES NOW Bryn Mawr Towers Condominium Association ("Creditor"), secured creditor herein and the Debtors, and the parties having stipulated and agreed through their respective attorneys that Creditor shall have relief from stay; NOW, THEREFORE, IT IS HEREBY:

    ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Creditor and as to that certain real property located at 11604 Rainier Ave. S. #201, Seattle, WA ("Property") and which is more particularly described as:

    UNIT 201, OF BRYN MAWR TOWERS, A CONDOMINIUM, ACCORDING TO SURVEY MAP AND PLANS RECORDED IN VOLUME 8 OF CONDOMINIUM PLATS, PAGES 73 THROUGH 76, CONDOMINIUM DECLARATION RECORDED UNDER RECORDING NO. 7405210742, AND ANY AMENDMENTS THERETO, RECORDS OF KING COUNTY, WASHINGTON;

    Assessor's Property Tax Parcel or Account Number: 118100-0050-08;

Stipulation and Agreed Order Granting Relief From Stay
Page 1 of 2

Condominium Law Group PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Tel: (206) 633-1520

Case 15-10057-MLB    Doc 13    Filed 01/13/15    Ent. 01/13/15 09:30:36    Pg. 1 of 2

IT IS FURTHER ORDERED that Creditor is and shall be granted relief from the stay to take any and all action(s) which applicable non-bankruptcy law may authorize it to take;

IT IS FURTHER ORDERED that Creditor, at its option, may offer and provide Debtor(s) with information regarding a potential payment plan or other agreement and may, but is not required to enter into such agreement with Debtor(s);

IT IS FURTHER ORDERED that The 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived, and that this Order shall be binding and effective notwithstanding dismissal of this case or conversion to a case under any other chapter of Title 11 of the United States Code.

/ / / **END OF ORDER** / / /

Respectfully submitted by:
Condominium Law Group, PLLC


/s/ Stephen M. Smith, WSBA 42021
Stephen M. Smith, WSBA 42021
Of Attorneys for Creditor

Approved as to Form and Substance:               :
Notice of Presentation Waived:
Law Offices of Jason S. Newcombe


_____
Erin M. Lane, WSBA 42504
Of Attorneys for Debtors

Stipulation and Agreed Order Granting Relief From Stay
Page 2 of 2

Condominium Law Group PLLC
10310 Aurora Ave. N.
Seattle, WA 98133
Tel: (206) 633-1520

Case 15-10057-MLB    Doc 13    Filed 01/13/15    Ent. 01/13/15 09:30:36    Pg. 2 of 2